UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ENSAR SAHINTURK,<br><br>    Defendant. | Case No.  20-cv-08153-JSC<br><br>**JUDGMENT** |

The Court having granted Plaintiffs' motion for default judgment by Order filed May 2, 2022, enters judgment in favor of Plaintiffs and against Defendant. In accordance with the Order, the Court awards statutory damages in the amount of $125,000, as follows:

    1. $25,000 for cybersquatting in connection with the domain name jolygram.com;

    2. $25,000 for cybersquatting in connection with the domain name imggram.com;

    3. $25,000 for cybersquatting in connection with the domain name imggram.net;

    4. $25,000 for cybersquatting in connection with the domain name finalgram.com; and

    5. $25,000 for cybersquatting in connection with the domain name ingram.ws.

15 U.S.C §§ 1117(c)(2), (d). In addition, Mr. Sahinturk, and his agents, servants, employees, successors, and assigns, and all other persons who are in active concert or participation with anyone described in Federal Rule of Civil Procedure 65(d)(2)(A) or (B) are permanently enjoined and restrained from:

    1. Creating or maintaining any Facebook or Instagram accounts, or otherwise accessing Facebook or Instagram, in violation of the Facebook Terms of Service or Instagram Terms of Use;

    2. Engaging in any activity that disrupts, diminishes the quality of, interferes with the

performance of, or impairs the functionality of Meta's service, platform, and computer systems;

3. Engaging in any activity, or facilitating others to do the same, that violates Instagram's Terms of Use;

4. Engaging in any activity that lessens the distinctiveness or tarnishes the IG Marks; and

5. Registering, using or trafficking in any domain name that is identical or confusingly similar to the IG Marks.

**IT IS SO ORDERED.**

Dated: May 5, 2022

JACQUELINE SCOTT CORLEY
United States District Judge